THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Builders FirstSource-Southeast Group, Inc.,       
Respondent,
 
 
 

v.

 
 
 
Sea Coast Builders, L.L.C. a/k/a Sea Coast Builders, Inc., and Harold 
 Cecil,        Defendants,
Of whom Harold Cecil is the       
Appellant.
 
 
 

Appeal From Horry County
J. Stanton Cross, Jr., Master In Equity

Memorandum Opinion No. 2004-MO-027
Heard May 26, 2004 - Filed June 1, 2004

AFFIRMED

 
 
 
C. Scott Masel, of Newby, Pridgen & Sartip, LLC, of Myrtle Beach, for Appellant.
Joseph F. Singleton, of Singleton, Burroughs & Young, PA, of Conway, for 
 Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following 
 authorities:  18 C.J.S. § 103 (d) (The enforceability of a contract of guaranty 
 is not affected by a change in the name of the corporation in whose favor the 
 guaranty runs); See also Official Comment to S.C. Code Ann. § 
 33-10-109 (1990) ([A]mendments to articles of incorporation do not interrupt 
 the corporate existence and do not abate a proceeding by or against the corporation 
 even though the amendment changes the name of the corporation); Pee Dee 
 State Bank v. National Fiber Corp., 287 S.C. 640, 340 S.E.2d 569 (1986)(the 
 language in guaranty was plain on its face and left no room for a limiting construction); 
 American Federal Bank v. Number One Main Joint Venture, 321 S.C. 169, 
 467 S.E.2d 439 (1996)(personal guaranty signed by debtor provided for attorneys 
 fees, therefore award of attorneys fees was appropriate).

 
 
 
 
 s/James E. Moore                             
 A.C.J.
 s/John H. Waller, 
 Jr.                            
      J.
 s/E. C. Burnett,
 III                                      
 J.
 s/Costa M. Pleicones                        
        J.
 s/Doyt A. Early,
 III                              
     A.J.